UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-10026-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HARRY BACON, JR.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress **[ECF No. 17]**, filed on August 19, 2016.

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow, and accordingly, the Magistrate Judge conducted an evidentiary hearing on September 23, 2016. A Report and Recommendation **[ECF No. 29]** was filed on September 25, 2016, recommending that Defendant's Motion to Suppress be denied.

The parties were afforded the opportunity to file written objections to the report, and the record reveals that objections were filed by Defendant's Counsel and noted by this Court.

After a *de novo* review of the Record and Magistrate Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation **[ECF No. 29]** is hereby **ADOPTED AND APPROVED** in its entirety. Defendant's Motion to Suppress **[ECF No. 17]** is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of September, 2016.

                                                JOSE E. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record